# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Stanley Alan Heimbigner, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Cyclone Drilling, Inc., | ) | Case No. 1:15-cv-130 |
| | ) | |
| Defendant. | ) | |

On March 1, 2016, the parties filed a "Stipulation of Dismissal with Prejudice." The court **ADOPTS** the stipulation (Docket No. 21) and **DISMISSES** the above-entitled action with prejude and without costs to either party.

**IT IS SO ORDERED.**

Dated this 4th day of March, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court